**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | Case No. 08-10856 (MFW) |
| Tropicana Entertainment, LLC, *et al.* | : | |
| Reorganized Debtors, | : | Jointly Administered |

| | | |
|---|---|---|
| Lightsway Litigation Services, LLC as Trustee of Tropicana Litigation Trust | : | |
| | : | Adversary No. 10-50289 (MFW) |
| Plaintiff, | : | |
| v. | : | |
| William J. Yung, III, Wimar Tahoe Corporation, f/k/a Tropicana Casinos and Resorts, Inc., And Columbia Sussex Corporation | : | **Ref. Docket No. 217** |
| Defendants. | : | |

**TWELFTH REVISED SCHEDULING ORDER**

To promote the efficient and expeditious disposition of adversary proceedings, the following schedule shall apply to the above-captioned adversary proceeding. To the extent this Order is inconsistent with prior Orders entered by the Court in this Adversary Proceeding, this Order shall control.

**IT IS HEREBY ORDERED** that:

1. The parties have advised the Court that the discovery planning conference described in Fed.R.Civ.P. 26(f), made applicable by Fed.R.Bankr.P. 7026, has already taken place.

2. The parties have advised the Court that they have served initial disclosures under Fed.R.Civ.P.26(a)(1).

3. Fact discovery has been completed.

4. All expert discovery has been completed.

5. Pursuant to Order of Court dated April 5, 2019 (Adv. Docket No. 206), trial in this adversary proceeding was postponed to a date and time to be determined, and all deadlines in the prior Eleventh Revised Scheduling Order in connection with trial were postponed as well.

6. Defendants filed a motion for summary judgment, which Plaintiff opposed. By Order and Opinion dated May 29, 2019 (Adv. Docket Nos. 211, 212), the Court denied Defendants' motion.

7. Because the parties believe that disposition by the Court of certain threshold legal issues will determine the nature of trial in this matter, the parties simultaneously shall file and serve all motions in limine on or before September 16, 2019. Answering briefs (if any) shall be filed and served on or before November 14, 2019. Reply briefs (if any) shall be filed and served on or before November 22, 2019.

8. Plaintiff shall immediately advise the Chambers of Judge Walrath, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other modification of the trial setting.

9. The Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown. That said, the deadlines set forth in this Scheduling Order are subject to further Order and change by the Court.

STIPULATED AS TO FORM:

CROSS & SIMON LLC

By: /s/ Joseph Grey
Joseph Grey (ID 2358)
913 North Market Street
Eleventh Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224 (fax)
Email: jgrey@crosslaw.com

and

Herbert Beigel, Esquire
Herbert Beigel & Associates, LLC
63561 E. Vacation Drive
Tucson, AZ 85739
Telephone: (520) 797-9188
Facsimile: (520) 326-0181
Email: hbeigel@msn.com

Attorneys for Plaintiff

GREENBERG TRAURIG

By: /s/ Dennis A. Meloro
Dennis A. Meloro (ID 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 661-7000
Email: melorod@gtlaw.com

and

George M. Vinci, Jr., Esquire
Spector Gadon Rosen Vinci P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103
Telephone: (215) 241-8840
Facsimile: (215) 531-9128
E-Mail: gvinci@lawsgr.com

Attorneys for Defendants

**Dated: July 8th, 2019**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**