**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:                                              )   Chapter 11
                                                    )
TROPICANA ENTERTAINMENT, LLC,                       )
et al.,                                             )
                                                    )   Case No. 08-10856(MFW)
       Debtors.                                     )   Jointly Administered
                                                    )
_____                     )
LIGHTSWAY LITIGATION SERVICES, LLC )
as TRUSTEE of TROPICANA LITIGATION )
TRUST,                                              )
                                                    )
       Plaintiff,                                   )
                                                    )
   v.                                             )
                                                    )   Adv. No. 10-50289 (MFW)
WIMAR TAHOE CORPORATION f/k/a                       )
TROPICANA CASINOS AND RESORTS, INC.)
and COLUMBIA SUSSEX CORPORATION,                    )
                                                    )
       Defendants.                                  )

## O R D E R

**AND NOW** this **21st** day of **AUGUST, 2023**, it is hereby

**ORDERED** that the Opinion issued on August 17, 2023, in the

above adversary case is hereby **AMENDED** to add to footnote 43,

line 2, the word "not" before the word "file" and it is further

**ORDERED** that in all other respects the Amended Opinion is

the same as the Opinion originally issued.

BY THE COURT:

_____
Mary F. Walrath
United States Bankruptcy Judge