IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE TROPICANA ENTERTAINMENT, LLC, *et al.*, | : : : | Chapter 11<br>Bankr. No. 08-10856 (MFW)<br>(Jointly Administered) |
| Debtors. | : | |

---

| | | |
|---|---|---|
| LIGHTSWAY LITIGATION SERVICES, LLC, as Trustee of the Tropicana Litigation Trust, | : : : | |
| | : | Adv. No. 10-50289 (MFW) |
| Appellant, | : | |
| v. | : | |
| | : | |
| WILLIAM J. YUNG, III, WIMAR TAHOE CORPORATION and COLUMBIA SUSSEX CORPORATION, | : : : | |
| | : | Civ. No. 23-959-CFC |
| | : | |
| Appellees. | : | |

---

## ORDER

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED:

1. The Bankruptcy Court's Order, dated August 17, 2023 (Adv. D.I. 347), as amended on August 21, 2023 (Adv. D.I. 349), is AFFIRMED.

2. The Clerk of the Court is directed to CLOSE Civ. No. 23-959-CFC.

Entered this Third day of December in 2024.

_____
CHIEF JUDGE